**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:16-cr-00640-BMC |
| - against - | ECF Case |
| MARK NORDLICHT, et al., | **NOTICE OF MOTION** |
| Defendants. | |

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law, dated November 21, 2018, the undersigned will move this Court on a date and time to be designated by the Court, before the Honorable Brian M. Cogan, at the United States Federal Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order excluding evidence relating to purported investor losses.

**PLEASE TAKE FURTHER NOTICE**, that upon prior order of the Court, answering papers, if any, shall be served on or before December 5, 2018, and any reply papers shall be served on or before December 12, 2018.

Dated:   November 21, 2018

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Michael S. Sommer*
Michael S. Sommer
Morris J. Fodeman
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone:  (212) 999-5800
Facsimile:  (212) 999-5899
msommer@wsgr.com
mfodeman@wsgr.com

*Attorneys for Defendant David Levy*