

June 30, 2019

<u>*Via CM/ECF*</u>

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:     *United States v. Nordlicht, et al., Docket No: 1:16-cr-00640 (BMC)*

Dear Judge Cogan:

      We represent Joe SanFilippo in this case.  We write to join in the opposition of co-defendants Mark Nordlicht and David Levy to the government's application regarding a proposed new jury charge [Dkt. No. 765].  The issues raised in co-defendants' opposition letters are also of vital concern to Mr. SanFilippo, given the government's false and misleading presentation of evidence against him, examples of which were established in our closing statement to the jury and in prior submissions to the Court.

Dated:  New York, New York
         June 30, 2019

                              Respectfully submitted,

                              _____
                              Kevin J. O'Brien
                              Adam C. Ford
                              FORD O'BRIEN LLP
                              575 Fifth Avenue 17th Fl.
                              New York, New York 10017